UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID ALLEN MOORE,

          Petitioner,

   v.

STATE OF WASHINGTON,

          Respondent.

Case No. C24-1283-RSM-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Petitioner's application to proceed *in forma pauperis* (dkt. # 1) is DENIED. Petitioner is directed to pay the full filing fee of $5.00 within **thirty (30) days** of the date on which this Order is signed. If the filing fee is not paid, this case will be dismissed.

    (3)    The Clerk shall file the petition only upon receipt of the filing fee. If no filing fee is paid within **thirty (30) days** of the date of this Order, the Clerk is directed to close the file.

ORDER - 1

   (4) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Michelle L. Peterson.

   DATED this 18th day of October, 2024.

                    RICARDO S. MARTINEZ
                    UNITED STATES DISTRICT JUDGE

ORDER - 2